UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

GOODWAY TRANSPORT

CASE NO.: 1-96-02421

CHAPTER 7

Debtor(s)

# ORDER

At Harrisburg, in said district, on this 21st day of Novemer, 2002.

It appearing that the ninety day (90) period for presenting dividend checks having expired and it further appearing that there remains on deposit, to the credit of the Trustee, the sum of $$24,207.44

IT IS ORDERED THAT the Trustee, Steven M. Carr, issue a check covering the unclaimed dividends in the amount of $24,207.44 payable to Clerk, U.S. Bankruptcy Court, under the provisions of Section 347(a) of the Bankruptcy Code and forward the same to the Clerk for deposit in the United States Treasury.

The aforesaid unclaimed dividends were payable to:



| | |
|---|---|
| Timothy & Jessica Glisar<br>PO Box 241<br>Shrewsbury, PA 17361 | $1,119.00 |
| Lawrence P. Gravelle<br>72 Sylvan Avenue, 3rd Floor<br>Meriden, CT 06451 | $499.00 |
| Dina Seifert<br>331 Springdale Avenue<br>York, PA 17403 | $313.72<br>$2,000.00 |
| Homer D. Sutton, III<br>PO Box 158<br>Kempner, TX 76539 | $384.13<br>$2,000.00 |
| Northside Trailer Repair, Inc.<br>5353 Oakdale Road<br>Smyrna, GA 30082-0000 | $13.79 |

American Eagle, Inc.
PO Box 548                                              $2.15
Milldale, CT 06467-0548                                 $135.30

Signs First Company
5020 Highway 80 E, Suite A
Pearl, AL 35208                                         $20.78

Travel Ports of America
3495 Winton Place, Bldg. C
Rochester, NY 14323                                     $906.28

Mayflower Truck Station, Inc.
431 Old Gate Lane
PO Box 3027
Milford, CT 06460                                       $14.22

United States Leasing International
733 Front Street
San Francisco, CA 94111                                 $13,542.19

Wolf Advisory
14 South Duke Street
Lancaster, PA 17602                                     $82.17

Chilton Company Delaware
201 King of Prussia Road
Radnor, PA 19089                                        $49.64

Mapco Petroleum, Inc.
PO Box 645
Tulsa, OK 74101-0645                                    $1,053.25

Marvin T. Loft
2942 Cotton Wood Lane
Combine, TX 75159                                       $203.76

Roy & Paula Sparks
RR 1, Bxo 20A
Pecan Gap, TX 75469-9702                                $8.82

St. Paul Fire & Marine, Ins. Co.
Route 206 & Burnt Mills Road
Bedminster, NJ 07921                                    $1,649.21

Robert Brown
PO Box 152
Spencer, OK   73084                    $210.03


BY THE COURT:

_____
**JOHN J. THOMAS**
**BANKRUPTCY JUDGE**


cc: Trustee